**Opinion issued July 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-14-00850-CV

_____

## IN RE STATE FARM LLOYDS, ANTONE EUGENE JONES, AND GREGORY LATTY, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, State Farm Lloyds, Antone Eugene Jones, and Gregory Latty, filed a petition for writ of mandamus challenging respondent's September 12, 2014 order denying their verified plea in abatement, filed under section 541.155(a) of the Texas Insurance Code, for the real party in interest's failure to provide timely

and proper pre-suit notice.[1]  The Court requested and received a response from the real party in interest, Rosie Hansen, received relators' reply, heard argument, and received relators' post-argument brief.  The Court, having examined and fully considered the petition, response, reply, argument, and post-argument brief, is of the opinion that relators have not shown themselves entitled to the relief sought.[2]

Accordingly, we **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

---

[1]  The underlying case is *Rosie Hansen v. State Farm Lloyds, Antone Eugene Jones, and Gregory Latty*, Cause No. 2014-40190, in the 152nd District Court of Harris County, Texas, the Honorable Robert Schaffer presiding.

[2]  Relators' reply referred this Court to a similar mandamus petition, filed by relator State Farm Lloyds before filing this petition and seeking relief identical to the relief requested here, that the Thirteenth Court of Appeals denied. *See In re State Farm Lloyds, Richard Freymann, and Nathan Burris*, No. 13-14-00347-CV, 2014 WL 4243701 (Tex. App.—Corpus Christi-Edinburg Aug. 27, 2014, orig. proceeding [mand. denied]).  On June 21, 2015, the Texas Supreme Court denied that petition, and two related ones, without opinion. *See* The Supreme Court of Texas, Orders Pronounced June 12, 2015, Miscellaneous, 14-0829, at 4, *available at* http://www.txcourts.gov/media/999576/supreme-court-of-texas-orders-06-12-2015.pdf (last viewed June 12, 2015).